Argued and submitted September 12, 1984, appeal dismissed January 9, 1985

SCCI, Inc.,
*Appellant,*

*v.*

UNITED STATES NATIONAL
BANK OF OREGON,
*Respondent.*

(134,589; CA A30771)

693 P2d 660

Victor W. VanKoten, Hood River, argued the cause for appellant. With him on the briefs were Annala, Carey, Hull & VanKoten, Hood River.

Paul J. De Muniz, Salem, argued the cause for respondent. With him on the brief were Garrett, Seideman, Hemann, Robertson & De Muniz, P. C., Salem.

Before Joseph, Chief Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

The judgment appealed from is not final. It does not adjudicate the rights and liabilities of Susan Wolf. It must, therefore, contain "an express direction for the entry of judgment." ORCP 67B. *Hale v. County of Multnomah,* 298 Or 141, 144, 689 P2d 1290 (1984). It does not. *See also May v. Josephine Memorial Hospital,* 297 Or 525, 686 P2d 1015 (1984).

Appeal dismissed.